**Electronically Filed
Supreme Court
SCWC-10-0000060
12-JAN-2012
07:59 AM**

NO. SCWC-10-0000060

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SCHUYLER G. DECAIRES, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000060; S.P.P. NO. 10-1-0033; CR. NO. 51238)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Petitioner-Appellant Schuyler G. Decaires's application for writ of certiorari filed on December 2, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, January 12, 2012.

Schuyler G. Decaires, petitioner/defendant-appellant, pro se, on the application.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

